MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Amber Marie Addrow-Pierson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Experian Information Solutions, Inc.

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.

_____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

Case: 2:26-cv-12217
Assigned To : DeClercq, Susan K.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 06/30/2026
Description: CMP Addrow-Pierson v. Experian Information Solutions, Inc
(jo)

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I.      The Parties to This Complaint

   A.      The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

      Name                    Amber Marie Addrow-Pierson

      Street Address          28620 Red Leaf

      City and County         Southfield, Oakland

      State and Zip Code      Michigan , 48076

      Telephone Number        248-996-4481

      E-mail Address          amberaddrowpierson@gmail.com

   B.      The Defendant(s)

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

      Defendant No. 1

         Name                 Experian Information Solutions, Inc.

         Job or Title
         (if known)

         Street Address       475 Anton Blvd

         City and County      Costa, Orange County

         State and Zip Code   CA ,92626

         Telephone Number      714 830 7000

         E-mail Address
         (if known)

      Defendant No. 2

         Name

         Job or Title
         (if known)

         Street Address

         City and County

         State and Zip Code

         Telephone Number

         E-mail Address
         (if known)

2

Defendant No. 3

Name    _____

Job or Title    _____
(if known)

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

Defendant No. 4

Name    _____

Job or Title    _____
(if known)

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. §§ 1681e(b), 1681g, 1681i(a)(1), 1681i(a)(2), 1681i(a)(3), 1681i(a)(5), 1681i(a)(6), 1681i(a)(7), 1681c-2(b), 1681n, and 1681o.

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

    b.      If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign*
        *nation)* _____.

    b.      If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____, and
        has its principal place of business in the State of *(name)*
        _____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, exclusive of interest and costs, because Plaintiff has suffered continuing financial harm, impairment of her creditworthiness, denial of credit opportunities, increased borrowing costs, emotional distress, and continuing damages resulting from Experian's repeated

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff, Amber Marie Addrow-Pierson, brings this action against Experian Information Solutions, Inc. for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq.

For several years, Plaintiff repeatedly disputed inaccurate information appearing on her Experian consumer report, including inaccurate tradelines, inaccurate late payment reporting, multiple inaccurate names and aliases, inaccurate addresses, and information Plaintiff identified as resulting from identity theft. Plaintiff submitted written disputes, supporting documentation, identity theft reports, certified correspondence, CFPB complaints, and additional evidence requesting correction or deletion.

Despite receiving notice of these inaccuracies, Experian failed to maintain reasonable procedures to assure maximum possible accuracy, failed to conduct reasonable reinvestigations, continued reporting inaccurate information, refused to delete or modify information that was inaccurate or could not be verified, and refused to remove inaccurate personal identifying information from Plaintiff's file.

Experian also refused to allow Plaintiff to open disputes regarding multiple inaccurate names appearing on her consumer report despite repeated requests. Plaintiff possesses evidence, including recorded communications and documentation, supporting these allegations.

Experian further denied or failed to properly process Plaintiff's identity theft block requests despite receiving identity theft documentation and continued reporting information Plaintiff disputed as fraudulent.

As a direct and proximate result of Experian's conduct, Plaintiff has suffered damage to her credit reputation, denial of credit opportunities, increased borrowing costs, loss of time, emotional distress, frustration, inconvenience, and continuing financial harm.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that the Court enter judgment in her favor and award:

Actual damages in excess of $500,000;

Statutory and punitive damages authorized under the Fair Credit Reporting Act;

An Order requiring Experian to permanently delete the Self Financial/Lead Bank, Capital One Auto Finance, and Ford Motor Credit tradelines identified in this action;

An Order requiring Experian to correct the inaccurate payment history reported on the Discover Card and Home Depot/Citibank accounts;

An Order requiring Experian to permanently delete all inaccurate names, aliases, former names, and addresses from Plaintiff's consumer file, leaving only Amber Marie Addrow-Pierson and 28620 Red Leaf Lane, Southfield, Michigan 48076;

An Order prohibiting the reinsertion of any information deleted pursuant to this action unless permitted by the Fair Credit Reporting Act and proper notice is first provided to Plaintiff;

Costs of this action, pre- and post-judgment interest as allowed by law, and such other and further relief as the Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 29th                    , 20 26     .

Signature of Plaintiff    _____

Printed Name of Plaintiff    Amber Marie Addrow-Pierson _____

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

1. Plaintiff has disputed inaccurate information on her Experian consumer report on numerous occasions beginning in 2023 and continuing through 2026.

2. Plaintiff submitted disputes directly to Experian by mail, online, and through the Consumer Financial Protection Bureau ("CFPB"), together with supporting documentation, including government-issued identification, proof of address, identity theft reports, police reports, account documentation, and other evidence demonstrating that multiple items on her consumer report were inaccurate.

3. Despite receiving this information, Experian repeatedly continued reporting inaccurate tradelines, inaccurate payment history, inaccurate personal identifying information, and information Plaintiff identified as resulting from identity theft.

4. Experian reported multiple inaccurate names and aliases on Plaintiff's consumer report. Plaintiff repeatedly requested that these names be removed and retained only her legal name, Amber Marie Addrow-Pierson. Experian refused to remove the inaccurate names and, during at least one telephone call, refused to permit Plaintiff to open a dispute regarding those names. Plaintiff possesses recordings and documentation relating to these communications.

5. Plaintiff also repeatedly disputed inaccurate addresses and requested that Experian retain only 28620 Red Leaf Lane, Southfield, Michigan 48076 as her current address while permanently deleting inaccurate addresses associated with her file.

6. Plaintiff disputed the reporting of the Self Financial/Lead Bank, Capital One Auto Finance, and Ford Motor Credit tradelines, asserting that the information was inaccurate and/or resulted from identity theft. Plaintiff additionally disputed inaccurate payment history reported on the Discover Card and Home Depot/Citibank accounts.

7. Plaintiff submitted identity theft documentation requesting that Experian block information pursuant to the Fair Credit Reporting Act. Although Experian blocked certain information, it declined to block other disputed information and continued reporting accounts Plaintiff contends were inaccurate despite repeated disputes and supporting documentation.

8. Plaintiff filed numerous CFPB complaints concerning Experian's reporting and dispute handling. Despite repeated notice over several years, Experian failed to correct or delete the disputed information, resulting in continuing inaccuracies on Plaintiff's consumer report.

9. As a direct and proximate result of Experian's actions and omissions, Plaintiff has suffered damage to her credit reputation, denial of credit opportunities, increased borrowing costs, loss of time spent correcting her credit reports, emotional distress, frustration, inconvenience, and continuing financial

7

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Amber Marie Addrow-Pierson

## DEFENDANTS
Experian Information Solutions, Inc.

**(b)** County of Residence of First Listed Plaintiff    Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Orange
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
28620 Red Leaf Southfield MI 48076
248-996-4481

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product
- [ ] 367 Health Pharm Person Produ
- [ ] 368 Asbes Injury Liabil

**PERSONAL**
- [ ] 370 Other
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ]
- [ ] ...dards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1681 et seq. (Fair Credit Reporting Act

Brief description of cause:
Failure to investigate disputed information and reporting of inaccurate credit information

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 500,000+

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
06-29-2026

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　　　　Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)　　☐ Yes　■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____

| Save | Print | Reset | Exit |
|------|-------|-------|------|